In the Matter of the Application of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for the Widening of Cypress Avenue and Southern Boulevard in the Borough of The Bronx,

FRANK C. GAREISS et al., Appellants; GENERAL OUTDOOR ADVERTISING CO., INC., Respondent.

Submitted June 19, 1939; decided June 21, 1939.

*Emerson F. Davis* and *William C. Chanler, Corporation Counsel (Daniel M. Cohen* of counsel), for motions.
*Sidney S. Levine* opposed.

Motions granted and appeal dismissed, with costs and ten dollars costs of motion.

LOUIS HOLLAND et al., Appellants, *v.* FRED Y. PRESLEY et al., Respondents, Impleaded with Others.

Submitted June 19, 1939; decided June 21, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 280 N. Y. 835.)